**FILED**
CLERK, U.S. DISTRICT COURT
1/18/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00023-FMO |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 982: Criminal Forfeiture] |
| NICOLE KALAMAOKEOLA GUIU, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 1344(2), 2(b)]

A.  **INTRODUCTORY ALLEGATIONS**

At times relevant to this Information:

1. Defendant NICOLE KALAMAOKEOLA GUIU worked as an Assistant General Manager at a branch of a global hotel chain (the "Victim Hotel") in Los Angeles County.

2. The Victim Hotel maintained a bank account with Bank of America (the "Bank of America Account") and a bank account with Chase Bank (the "Chase Bank Account") in Los Angeles County.

3. Bank of America and Chase Bank were financial institutions insured by the Federal Deposit Insurance Corporation.

4. As an Assistant General Manager, defendant GUIU was authorized to use computers at the Victim Hotel to cause refunds to be issued to customers of the Victim Hotel upon a showing of a legitimate basis for the refund.

5. The Victim Hotel provided refunds by issuing a credit to a specific credit card or debit card by which funds from the Bank of America Account or the Chase Bank Account were transferred to the designated credit card or debit card.

6. Defendant GUIU controlled three accounts with First City Credit Union in her name and approximately 10 debit cards linked to those accounts, including a debit card ending in 7758 (the "First City 7758 Debit Card").

B. THE SCHEME TO DEFRAUD

7. Beginning no later than in or about December 2009, and continuing until at least in or about June 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant GUIU, together with others known and unknown to the United States Attorney, knowingly and with the intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Bank of America and Chase Bank by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

8. The fraudulent scheme operated and was carried out, in substance, as follows:

   a. While working at the Victim Hotel, defendant GUIU caused unauthorized transfers from the Bank of America Account and the Chase Bank Account to debit cards linked to accounts that she controlled at First City Credit Union, including the First City 7758

Debit Card, without the Victim Hotel's permission or knowledge.  In doing so, defendant GUIU falsely represented to Bank of America and Chase Bank that the transfers of funds from the Victim Hotel's Bank of America Account and Chase Bank Account to defendant GUIU's First City Credit Union accounts were authorized by the Victim Hotel.

   b. Defendant GUIU concealed the unauthorized transfers from the Victim Hotel.  Sometimes, defendant GUIU would remove entries reflecting the unauthorized transfers from the daily accounting reports before the reports were submitted to the Victim Hotel's General Manager.  At other times, defendant GUIU would alter the entries on the daily account reports to conceal the unauthorized transfers or would withhold the daily accounting reports from the General Manager altogether.

   c. From in or around December 2009 and continuing until at least in or about June 2017, as a result of her fraudulent scheme, defendant GUIU caused Bank of America and Chase Bank to transfer at least approximately $440,502 to which defendant GUIU knew she was not entitled to accounts that defendant GUIU owned and controlled.

C. EXECUTION OF THE FRAUDULENT SCHEME

 9. On or about May 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant GUIU, for the purpose of executing the above-described scheme to defraud, transferred and willfully caused Chase Bank to transfer approximately $4,902 from the Victim Hotel's Chase Bank Account to the First City 7758 Debit Card.

FORFEITURE ALLEGATION

[18 U.S.C. § 982]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of defendant NICOLE KALAMAOKEOLA GUIU's conviction of the offense set forth in the single-count Information.

2.  Defendant GUIU so convicted shall forfeit to the United States of America the following:

    (a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendant GUIU so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party;

(c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

```
                                    E. MARTIN ESTRADA
                                    United States Attorney


                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    RANEE A. KATZENSTEIN
                                    Assistant United States Attorney
                                    Chief, Major Frauds Section

                                    SCOTT PAETTY
                                    Assistant United States Attorney
                                    Deputy Chief, Major Frauds Section

                                    ROGER A. HSIEH
                                    Assistant United States Attorney
                                    Major Frauds Section
```